THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEAN HERMAN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SCIPLAY CORPORATION; and SCIPLAY GAMES, LLC,<br><br>　　　　　　　　　　Defendants. | No. 2:26-cv-00139-TL<br><br>NOTICE OF APPEARANCE FOR DEFENDANTS SCIPLAY CORPORATION AND SCIPLAY GAMES, LLC<br><br>*(Clerk's Action Required)* |

TO:　　　　Clerk of the Court;

AND TO:　　All parties and counsel of record.

　　PLEASE TAKE NOTICE that Steven W. Fogg and Mark Rutherford of Corr Cronin LLP hereby enter appearance in the above-entitled proceeding on behalf of Defendants SciPlay Corporation and SciPlay Games, LLC ("SciPlay Defendants"). All further pleadings or notices of any nature whatsoever, except original process, in this case may be served upon SciPlay Defendants by delivering a copy thereof to the undersigned at the address below. SciPlay Defendants reserve and do not waive any defenses, including, but not limited to, insufficiency of service or lack of jurisdiction.

NOTICE OF APPEARANCE – Page 1
No. 2:26-cv-00139-TL

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 30th day of January, 2026.

*s/ Steven W. Fogg*
Steven W. Fogg, WSBA No. 23528

*s/ Mark Rutherford*
Mark Rutherford, WSBA No. 57519

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
sfogg@corrcronin.com
mrutherford@corrcronin.com

BARTLIT BECK LLP

Daniel C. Taylor, *Pro Hac Vice Forthcoming*
Eric Dement, *Pro Hac Vice Forthcoming*
1801 Wewatta St, Suite 1200
Denver, CO 80202
(303) 592-3100 Phone
daniel.taylor@bartlitbeck.com
eric.dement@bartlitbeck.com

*Attorneys for Defendants SciPlay Corporation and SciPlay Games, LLC.*

NOTICE OF APPEARANCE – Page 2
No. 2:26-cv-00139-TL

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900