THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEAN HERMAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SCIPLAY CORPORATION and SCIPLAY GAMES, LLC,

Defendants.

No. 2:26-cv-00139-TL

**STIPULATED NOTICE TO EXTEND BRIEFING DEADLINES**

Pursuant to Judge Lin's Standing Order for All Civil Cases, the Parties have agreed to move the following deadlines:

1.  The deadline for Plaintiff to file a response to Defendants' Motion to Compel Arbitration, *see* Dkt. 17, until April 29, 2026;

2.  The deadline for Defendants to file a reply brief in support of their Motion to Compel Arbitration, *see* Dkt. 17, until May 14, 2026.

The Parties request that the Clerk reset the deadlines as noticed.

STIPULATED NOTICE TO EXTEND
BRIEFING DEADLINES – 1

**Bartlit Beck LLP**
1801 Wewatta St, Ste 1200
Denver, CO 8020
Phone:  303.592.3100

DATED: April 6, 2026

By: *s/ Daniel C. Taylor*
Daniel C. Taylor (Admitted *Pro Hac Vice*)
Eric F. Dement (Admitted *Pro Hac Vice*)
Bartlit Beck LLP
1801 Wewatta Street, 12th Floor
Denver, CO 80202
Telephone: 303.592.3100
Facsimile: 303.592.3140
daniel.taylor@bartlitbeck.com
eric.dement@bartlitbeck.com

Steven W. Fogg, WSBA No. 23528
Mark Rutherford, WSBA No. 57519
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA  98104
Phone: (206) 625-8600
Fax: (206) 625-0900
sfogg@corrcronin.com
mrutherford@corrcronin.com

*Attorneys for Defendants SciPlay Corporation and SciPlay Games, LLC*

STIPULATED NOTICE TO EXTEND
BRIEFING DEADLINES – 2

**Bartlit Beck LLP**
1801 Wewatta St, Ste 1200
Denver, CO 8020
Phone:  303.592.3100

DATED: April 6, 2026

By: *s/ Adrian Gucovschi*
Adrian Gucovschi (Admitted P*ro Hac Vice*)
GUCOVSCHI LAW FIRM PLLC
140 Broadway, Fl. 46
New York, NY 10005
Phone: (212) 884-4230
Facsimile:  (212) 884-4230
adrian@gucovschilaw.com

Nicholas R. Major, WSBA No. 49579
NICK MAJOR LAW PLLC
450 Alaskan Way S, Suite 200
Seattle, Washington 98104
Phone: (206) 410-5688
nick@nickmajorlaw.com

Frank S. Hedin (Admitted P*ro Hac Vice*)
HEDIN LLP
1395 Brickell Avenue, Suite 610
Miami, FL 33131-3302
Phone: (305) 357-2107
Facsimile: (305) 200-8801
fhedin@hedinllp.com

*Attorneys for Plaintiff Sean Herman*

STIPULATED NOTICE TO EXTEND
BRIEFING DEADLINES – 3

**Bartlit Beck LLP**
1801 Wewatta St, Ste 1200
Denver, CO 8020
Phone:  303.592.3100